AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Washington

UNITED STATES OF AMERICA
v.
LESTER V. UMTUCH

Judgment in a Criminal Case
(For a Petty Offense) — Short Form

Case No.   PO-08-4001-JPH

USM No.    NA

Arthur R. Mora
_____
Defendant's Attorney

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 27 2008

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   1 of the Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| RCW 46.20.342(1)(c) | Driving While License Suspended | 06/20/2008 | 1 |

☐ Count(s) _____ ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 140.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   1444

Defendant's Year of Birth:   1938

City and State of Defendant's Residence:
Priest Rapids, Washington

06/27/2008
Date of Imposition of Judgment

J. P. Hutton
Signature of Judge

James P. Hutton        Magistrate Judge, U.S. District Court
Name and Title of Judge

06/27/2008
Date